| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Date Entered Repymt | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 8 | DEPT OF ED/AIDVANTAGE | 2011-09-07 | $ 6,000.00 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | 7/9/2012 | $ 7,482.00 | $ 2,744.00 |
| 7 | DEPT OF ED/AIDVANTAGE | 2011-09-07 | $ 4,250.00 | DIRECT STAFFORD SUBSIDIZED | In Repayment | 7/9/2012 | $ 4,307.00 | $ 1,022.00 |
| 6 | DEPT OF ED/AIDVANTAGE | 2011-06-14 | $ 3,500.00 | DIRECT GPLUS | In Repayment | 6/14/2011 | $ 4,533.00 | $ 1,931.00 |
| 5 | DEPT OF ED/AIDVANTAGE | 2011-01-11 | $ 6,000.00 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | 7/9/2012 | $ 7,797.00 | $ 2,859.00 |
| 4 | DEPT OF ED/AIDVANTAGE | 2011-01-11 | $ 4,250.00 | DIRECT STAFFORD SUBSIDIZED | In Repayment | 7/9/2012 | $ 4,307.00 | $ 1,022.00 |
| 3 | DEPT OF ED/AIDVANTAGE | 2010-02-23 | $ 2,000.00 | FFEL GPLUS | In Repayment | 8/16/2010 | $ 2,814.00 | $ 1,290.00 |
| 2 | DEPT OF ED/AIDVANTAGE | 2010-01-26 | $ 12,000.00 | FFEL STAFFORD UNSUB | In Repayment | 7/9/2012 | $ 16,216.00 | $ 5,947.00 |
| 1 | DEPT OF ED/AIDVANTAGE | 2010-01-26 | $ 8,500.00 | FFEL STAFFORD SUB | In Repayment | 7/9/2012 | $ 8,615.00 | $ 2,044.00 |

Janice Coleman
Adv Case: 23-01075