# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>JANICE M. COLEMAN,<br><br>                Debtor.<br><hr><br>JANICE M. COLEMAN,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION/ AIDVANTAGE,<br><br>                Defendant. | Case No. B23-11633-CMA<br><br>Adversary Number: 23-01075-CMA<br><br>**EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT** |

Plaintiff, Janice M. Coleman, and Defendant U.S. Department of Education/Aidvantage (ED) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that her student loan debt held by ED, as described in Exhibit A to the Joint Motion (the Debt), is dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 1

U.S. ATTORNEY'S OFFICE
WESTERN DISTRICT OF WASHINGTON
700 Stewart Street, Suite 5220
Seattle, WA 98101
Tel. (206) 553-7970

Case 23-01075-CMA    Doc 35    Filed 08/29/24    Ent. 08/29/24 13:02:02    Pg. 1 of 2

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).
2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).
3. The Debt is therefore discharged by the Order of Discharge entered under 11 U.S.C. § 727, in Case No. B23-11633.
4. Plaintiff and ED shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

/s/ Janice M. Coleman
Janice M. Coleman
Plaintiff, pro se
15816 N. Glenn Hwy., Unit 113
Sutton, AK 99674


and

United States Department of Justice

By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 2

U.S. ATTORNEY'S OFFICE
WESTERN DISTRICT OF WASHINGTON
700 Stewart Street, Suite 5220
Seattle, WA 98101
Tel. (206) 553-7970

Case 23-01075-CMA    Doc 35    Filed 08/29/24    Ent. 08/29/24 13:02:02    Pg. 2 of 2